# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 18-10613-PSG (DFM) | Date: | October 7, 2019 |
|---|---|---|---|
| Title | Joshua Dalke v. Beth Oh et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause**

On May 6, 2019, the Court dismissed Plaintiff's First Amended Complaint with leave to amend. See Dkt. 9. On June 14, 2019, the District Judge overruled Plaintiff's objections and ordered him to file a Second Amended Complaint by July 12, 2019. See Dkt. 11. Plaintiff did not do so. Accordingly, within twenty-one (21) days of the date of this order, Plaintiff is ORDERED to show good cause in writing why the Court should not dismiss this action for failure to prosecute. Plaintiff is expressly warned that if he fails to file a timely response to this Order, the Court may recommend dismissal of this action for lack of prosecution.