O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JOSHUA DALKE, | No. CV 18-10613-PSG (DFM) |
| Plaintiff, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| BETH OH et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

///
///
///
///
///

IT IS THEREFORE ORDERED that:

1. The Magistrate Judge's Report and Recommendation is approved and accepted.

2. Judgment shall be entered dismissing this case without prejudice for failure to prosecute.

Date: 1/7/2020

PHILIP S. GUTIERREZ
United States District Judge

2