UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSHUA DALKE,<br><br>    Plaintiff,<br><br>v.<br><br>BETH OH et al.,<br><br>    Defendants. | No. CV 18-10613-PSG (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

Dated: 1/7/2020

PHILIP S. GUTIERREZ
United States District Judge